**Opinion issued December 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00172-CV

————————————

**EMIN DUSKIC, Appellant**

**V.**

**BERGVALL INSURANCE AGENCY, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-1233**

---

## MEMORANDUM OPINION

Appellant, Emin Duskic, appealed from the trial court's February 16, 2025 final judgment in favor of appellee, Bergvall Insurance Agency.  On June 17, 2025, the court abated this appeal and referred the parties to mediation.  On December 1, 2025, appellant filed an "Agreed Motion to Dismiss Appeal."  In the motion,

appellant stated that the parties "resolved the controversy between them" and the underlying trial court cause had "been dismissed with prejudice."

Appellant therefore requested that the Court dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a). *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion included a certificate of conference stating that appellee agreed to the relief requested in the motion, and the motion was signed by counsel for appellee. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court reinstates the appeal to the Court's active docket, grants appellant's motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Morgan.